# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Northland Royalty Corporation, ) | |
| ) | Case No. 1-17-cv-227 |
| Defendants. ) | |

Before the court are motions for attorneys Joe M. Hampton and Amy J. Pierce to appear *pro hac vice* on the Plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Hampton and Pierce have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the current motions (Docket No. 15, 16) are **GRANTED**. Attorneys Hampton and Pierce are admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2018.

                                                                                  */s/ Charles S. Miller, Jr.*
                                                                                  Charles S. Miller, Jr.
                                                                                  United States Magistrate Judge