# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | **TO EXTEND DISCOVERY** |
| | ) | **DEADLINES** |
| vs. | ) | |
| | ) | |
| Northland Royalty Corporation, | ) | |
| | ) | Case No. 1:17-cv-227 |
| Defendant. | ) | |

Before the court is a "Stipulation to Extend Discovery Deadlines" filed August 20, 2018.

The court **ADOPTS** the Stipulation (Docket No. 27) and **ORDERS**:

1. The Scheduling Order is modified to provide that the parties shall have until:

    a. <u>November 19, 2018</u> to complete all fact discovery;

    b. <u>December 3, 2018</u> to file discovery motions;

    c. <u>December 19, 2018</u> for Plaintiff's expert disclosures;

    d. <u>January 21, 2019</u> for Defendant's expert disclosures;

    e. <u>February 23, 2019</u> for both parties to complete discovery depositions of exert witnesses;

    f. <u>March 22, 2019</u> to file other dispositive motions (summary judgment as to all or part of the case).

Dated this 21st day of August, 2018.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court