# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Northland Royalty Corporation, | ) | Case No. 1:17-cv-227 |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties by telephone on November 20, 2018. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The final pretrial conference set for July 10, 2019, shall be rescheduled for November 26, 2019, at 2:00 p.m. by telephone. The court shall initiate the conference call.

2. The bench trial set for July 22, 2019, shall be rescheduled for December 10, 2019, at 9:00 a.m. (4 days).

Dated this 20th day of November, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court