# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Continental Resources, Inc., | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Northland Royalty Corporation, | ) | Case No. 1:17-cv-227 |
| Defendant. | ) | |

The court held a status conference in the above-captioned action on April, 15, 2019. Pursuant to its discussions with the parties, the court **ORDERS**:

1. The final pretrial conference set for November 26, 2019, shall be rescheduled for April 14, 2020, at 2:00 p.m. by telephone before the Magistrate Judge.

2. The trial scheduled for December 10, 2019, shall be reschedule for April 28, 2020, at 9:00 a.m. before the Magistrate Judge in Bismarck (courtroom #2). A three (3) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 15th day of April, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court