# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., ) | |
| ) | **ORDER FOR STATUS** |
| Plaintiff, ) | **CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| Northland Royalty Corporation, ) | |
| ) | Case No. 1:17-cv-227 |
| Defendant. ) | |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on September 23, 2019, at 1:30 p.m. The court shall initiate the conference call.

Dated this 16th day of September, 2019

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr., Magistrate Judge
                                          United States District Court