# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Northland Royalty Corporation, | ) ) | Case No. 1:17-cv-227 |
| Defendant. | ) | |

The court shall conduct a status conference with the parties by telephone on June 18, 2020, at 10:00 AM CST to discuss the revisions to the scheduling order and the motion to amend the pleadings. To participate in the conference call, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court