# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Northland Royalty Corporation, | ) | Case No. 1:17-cv-227 |
| | ) | |
| Defendant. | ) | |

The final pretrial conference scheduled for February 23, 2021, shall be rescheduled for June 29, 2021, at 10:00 a.m. by telephone. The court shall initiate the conference call. The bench trial scheduled for March 8, 2021, shall be rescheduled for July 13, 2021, at 9:00 a.m. in Bismarck (Eagle Courtroom, 3 days).

**IT IS SO ORDERED.**

Dated this 18th day of June, 2020.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court