IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | **TO CONTINUE PRETRIAL** |
| | ) | **CONFERENCE AND TRIAL DATE** |
| vs. | ) | **AND SET CASE DEADLINES** |
| | ) | |
| Northland Royalty Corporation, | ) | |
| | ) | Case No. 1:17-cv-227 |
| Defendant. | ) | |

The final pretrial conference and bench trial in this case are currently scheduled for June 29 and July 13, 2021, respectively. On May 6, 2021, the parties filed a stipulation to continue the final pretrial conference and trial and set certain case deadlines to facilitate the final resolution of this matter. The court **ADOPTS** the parties' stipulation (Doc. No. 63) and **ORDERS**:

1. The parties shall provide under Rule 26(a)(2) the names of their expert witnesses, if any, and complete expert reports on remaining claims on or before September 1, 2021, and provide the names of their rebuttal expert witnesses, if any, and complete expert reports on or before October 29, 2021.

2. The parties shall have until January 15, 2022, to complete discovery on remaining claims.

3. The parties shall have until March 15, 2022, to file dispositive motions.

4. The final pretrial conference shall be rescheduled for August 16, 2022, at 10:00 AM by telephone.

5. The bench trial shall be rescheduled for September 12, 2022, at 9:00 AM in Bismarck (Eagle courtroom). A three (3) day trial is anticipated.

1

Dated this 7th day of May, 2021.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court