**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

CONTINENTAL RESOURCES, INC.,   )
                                                     )
            Plaintiff,                 )         **ORDER**
                                                       )
       v.                         )
                                                        )
NORTHLAND ROYALTY            )
CORPORATION,                )       Case No. 1:17-cv-227
                                                         )
          Defendant.          )

---

The Court has been advised the parties have reached a settlement. (Doc. No. 89). Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents within thirty (30) days of the date of this order. See D.N.D. Civ. L. R. 41.1. The bench trial scheduled for September 12, 2022, is cancelled.

     **IT IS SO ORDERED**.

     Dated this 8th day of September, 2022.

                                      */s/ Charles S. Miller, Jr.*_____
                                        Charles S. Miller, Jr., Magistrate Judge
                                        United States District Court