**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Northland Royalty Corporation, | ) | Case No. 1:17-cv-227 |
| | ) | |
| Defendant. | ) | |

On October 11, 2022, the parties filed a "Stipulation of Dismissal with Prejudice." (Doc. No. 91). The stipulation is based on their Settlement Agreement that requires certain actions be taken by the parties.

The court **ADOPTS** the parties' stipulation (Doc. No. 91) and **DISMISSES** the above-captioned action with prejudice and without any costs, disbursements, or attorneys' fees to any party. The court retains jurisdiction over this matter to enforce the Settlement Agreement.

**IT IS SO ORDERED.**

Dated this 12th day of October, 2022.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court